# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR03-048-C-EJL |
|        Plaintiff, | |
| vs. | **VERDICT** |
| SAMI OMAR AL-HUSSAYEN, | |
|        Defendant. | |

We, the jury, unanimously find Sami Omar Al-Hussayen:

Count One –

    Part A:   Conspiracy to Provide and Conceal Material Support or Resources to

              Terrorists from on or about September 13, 1994 to on or about February 26, 2003

              (18 U.S.C. §371)

                       ✓  **Not Guilty**

                       ____  **Guilty**

    Part B:   Conspiracy to Provide and Conceal Material Support or Resources to

              Terrorists from on or about October 26, 2001 to on or about February 26, 2003

              (18 U.S.C. §§371 & 2339A)

                       ✓  **Not Guilty**

                       ____  **Guilty**

671

Count Two –   Providing and Concealing Material Support and Resources to Terrorists
(18 U.S.C. §2339A)

     ✓ **Not Guilty**

     ____ **Guilty**


Count Three – Conspiracy to Provide Material Support and Resources to a Designated
Foreign Terrorist Organization (18 U.S.C. §2339B)

     ✓ **Not Guilty**

     ____ **Guilty**


Count Four –   False Statement to the United States (18 U.S.C. §§1001(a)(2) & 3238)

     ✓ **Not Guilty**

     ____ **Guilty**


Count Five –   Visa Fraud (18 U.S.C. §§1546(a) & 3238)

     ✓ **Not Guilty**

     ____ **Guilty**


If you found the defendant not guilty on both of Counts Four and Five, move on to Count Seven. If you
found the defendant guilty on either or both of Counts Four and/or Five, move on to Count Six.


Count Six –   Visa Fraud (18 U.S.C. §§1546(a) & 3237)

     ____ **Not Guilty**

     ____ **Guilty**


VERDICT - Page 2

Count Seven – False Statement to the United States (18 U.S.C. §§1001(a)(2) & 3238)

    _____ **Not Guilty**

    _____ **Guilty**


Count Eight – Visa Fraud (18 U.S.C. §§1546(a) & 3238)

    _____ **Not Guilty**

    _____ **Guilty**


If you found the defendant not guilty on both of Counts Seven and Eight, move on to Count Ten.  If you found the defendant guilty on either or both of Counts Seven and/or Eight, move on to Count Nine.


Count Nine – Visa Fraud (18 U.S.C. §§1546(a) & 3237)

    _____ **Not Guilty**

    _____ **Guilty**

Count Ten –   False Statement to the United States (18 U.S.C. §§1001(a)(2) & 3238)

      \_\_\_\_ **Not Guilty**

      \_\_\_\_ **Guilty**


Count Eleven – Visa Fraud (18 U.S.C. §§1546(a) & 3238)

      \_\_\_\_ **Not Guilty**

      \_\_\_\_ **Guilty**


Count Twelve – False Statement to the United States (18 U.S.C. §§1001(a)(2) & 3238)

      \_\_\_\_ **Not Guilty**

      \_\_\_\_ **Guilty**


Count Thirteen – Visa Fraud (18 U.S.C. §§1546(a) & 3238)

      \_\_\_\_ **Not Guilty**

      \_\_\_\_ **Guilty**


If you found the defendant not guilty on each of Counts Ten, Eleven, Twelve, and Thirteen, please sign and date the verdict form. If you found the defendant guilty on any one of Counts Ten, Eleven, Twelve, or Thirteen, move on to Count Fourteen.


Count Fourteen – Visa Fraud (18 U.S.C. § 1546(a) & 3237)

      \_\_\_\_ **Not Guilty**

      \_\_\_\_ **Guilty**


DATED this _10th_ day of _June_, 2004.

_Edward L. Reeve_
_____
Foreperson

VERDICT - Page 4