

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>SAMI OMAR AL-HUSSAYEN,<br><br>Defendant. | CASE NO: CR03-048-C-EJL<br><br>ORDER |

On June 10, 2004, the jury in the above-entitled matter returned a verdict of not guilty on some counts but was unable to reach a verdict on other counts. The Court declared a mistrial on the undecided counts; therefore, those counts remain pending. Until further order of the Court, the Defendant shall remain in the custody of the United States Marshal's Service.

IT IS SO ORDERED this 10th day of June ____ 2004.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

ORDER-Page 1

676

```
                 United States District Court
                           for the
                       District of Idaho
                       June 14, 2004
```

* * CLERK'S CERTIFICATE OF MAILING * *

Re:  3:03-cr-00048

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

```
    Kim R Lindquist, Esq.     1-208-334-1413
    US ATTORNEY'S OFFICE
    Box 32
    Boise, ID  83707

    David Z Nevin, Esq.       1-208-345-8274
    NEVIN BENJAMIN & MCKAY
    PO Box 2772
    Boise, ID  83701

    Scott McKay, Esq.         1-208-345-8274
    NEVIN BENJAMIN & MCKAY
    PO Box 2772
    Boise, ID  83701

    Charles F Peterson, Esq.  1-208-336-2059
    PETERSON LAW OFFICE
    913 W River St #420
    Boise, ID  83702

    Joshua L Dratel, Esq.
    14 Wall St, 28th Floor
    New York, NY  10005


    U.S. Marshal
    HAND DELIVERED

    Probation
    HAND DELIVERED

    _____ Chief Judge B. Lynn Winmill
    __✓__ Judge Edward J. Lodge
    _____ Chief Magistrate Judge Larry M. Boyle
    _____ Magistrate Judge Mikel H. Williams

    Visiting Judges:
    _____ Judge David O. Carter
    _____ Judge John C. Coughenour
    _____ Judge Thomas S. Zilly
```

Cameron S. Burke, Clerk

Date: 6-14-04            BY: _____
                              (Deputy Clerk)